RICHARD S. HARTUNIAN
United States Attorney

Joshua Lenard Kershner
Special Assistant United States Attorney
Attorney for Defendant
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2592
joshua.kershner@ssa.gov
Attorney Bar Roll No. 518636

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WILLIE EVANS,

    Plaintiff,

  v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Hon. David N. Hurd
Civil Action
No. 3:15-CV-00530-DNH-DJS

**CONSENT ORDER TO REMAND PURSUANT
TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

    This matter having been opened to the Court by RICHARD S. HARTUNIAN United States Attorney for the Northern District of New York, and Joshua Lenard Kershner, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence four of 42 U.S.C. § 405(g) so that further administrative action may be conducted, including but not limited to, a hearing before an Administrative Law Judge and further evaluation and assignment of weight to the medical opinions in the record; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 24th day of March, 2016;

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

*/s/ David N. Hurd*
David N. Hurd
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

                        RICHARD S. HARTUNIAN
                        United States Attorney

By:   */s/Joshua Lenard Kershner*
       Joshua Lenard Kershner
       Special Assistant United States Attorney
       Attorneys for Defendant

By:   */s/Peter A. Gorton, Esq.*
       Peter A. Gorton, Esq.
       Lachman, Gorton Law Firm
       Attorney for Plaintiff