RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

Joshua Lenard Kershner
Special Assistant United States Attorney
Attorney for Defendant
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2592
joshua.kershner@ssa.gov
Attorney Bar Roll No. 518636

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIE EVANS,<br><br>      Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Hon. David N. Hurd<br>Civil Action<br>No. 3:15-CV-00530-DNH-DJS |

**CONSENT ORDER AWARDING ATTORNEYS FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 5412**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned attorneys, that Plaintiff is awarded four-thousand five-hundred dollars and no cents ($4,500.00) in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 5412, in full satisfaction of any and all claims under EAJA. Fees are payable to the Plaintiff, but may be paid directly to Plaintiff's attorney if Plaintiff has agreed to transfer her rights to EAJA fees to her attorney, provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program. The Court, having considered this matter;

IT IS on this 12th day of     April     , 2016;

ORDERED, that Plaintiff be awarded fees under EAJA in the amount of four-thousand five-hundred dollars and no cents ($4,500.00).

_____
David N. Hurd
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

                          RICHARD S. HARTUNIAN
                          United States Attorney
                          Northern District of New York

By:    */s/Joshua Lenard Kershner*
        Joshua Lenard Kershner
        Special Assistant United States Attorney
        Attorney for Defendant

By:    */s/Peter A. Gorton, Esq.*
        Peter A. Gorton
        Attorney for Plaintiff